## George C. Parker, Appellee, v. Bernat Building Corporation, Appellant.

Gen. No. 47,026. 

First District, Third Division.

May 15, 1957.

Released for publication June 26, 1957.

Brown, Dashow & Zied-

man, of Chicago (Albert Langeluttig and Jack Joseph, of Chicago, of counsel) for appellant; Grossman & Grossman and Kelner & Kelner, of Chicago (Lester N. Grossman, of Chicago, of counsel) for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.